FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
NOV 09 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**NEW FAITH CHRISTIAN CHURCH, INC.,
Plaintiff**

**v.** **CIVIL ACTION NO.** 1:26-CV-6816

**THE LAW OFFICE OF T. BOICE TURNER LLC,
FEDERAL DIVERSITY ACTION
T. BOICE TURNER, JR., PURSUANT TO 28 U.S.C. § 1332;
Individually; FARMERS &MERCHANTS BANK; and
MATT WHITAKER, individually
and in his executive capacity as President.
DEFENDANTS**

**VERIFIED FEDERAL COMPLAINT FOR INTERSTATE FRAUD, PROFESSIONAL MALPRACTICE, BREACH OF CONTRACT, AND COMPENSATORY DAMAGES**

**COMES NOW, Plaintiff, New Faith Christian Church, Inc. ("Plaintiff"), by and through its authorized representative, and files this Verified Federal Complaint against Defendants The Law Office of T. Boice Turner, Jr., LLC, T. Boice Turner, Jr., Esq. (collectively, "Closing Attorney"), and Farmers & Merchants Bank ("Bank"), respectfully showing this Honorable Court as follows:**

**PARTIES, JURISDICTION, AND VENUE**

1. **Plaintiff New Faith Christian Church, Inc. is a religious non-profit corporation organized, registered, and maintaining its primary place of business and banking channels within the State of Georgia, under the jurisdiction of the Northern District of Georgia.**

2. **Defendant The Law Office of T. Boice Turner, Jr., LLC is an Alabama domestic legal professional liability entity with its primary place of business located at 1100 Woodstock Avenue, Anniston, Alabama 36207.**

3. Defendant T. Boice Turner, Jr. is a natural person and a citizen of the State of Alabama, who acted as the designated Closing and Settlement Agent for the multi-state transactions detailed herein.
4. Defendant Farmers & Merchants Bank is an Alabama state-chartered financial institution with its primary corporate headquarters located at 1429 Quintard Avenue, Anniston, Alabama 36207.

5. Defendant Matt Whittaker is a natural person, an Alabama resident, and a citizen of the State of Alabama, who at all times material hereto acted as the President and authorized high-level executive agent for Farmers & Merchants Bank, who is sued herein in both his individual and corporate capacities for his direct personal participation, signature execution, and material omissions in the interstate fraud framework detailed herein.

6. This Court maintains original subject matter jurisdiction over this active civil dispute pursuant to 28 U.S.C. § 1332(a)(1) (Diversity of Citizenship). Complete diversity exists between the parties as the Plaintiff is a corporate citizen of Georgia, all Defendants are citizens of Alabama, and the amount in controversy exceeds the statutory minimum of $75,000.00, exclusive of interest and costs. Venue is proper in the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events, transmissions, and omissions giving rise to the claim occurred within this judicial district, including the fraudulent inducement of Plaintiff, the origination of the interstate wire transfer, and the resulting economic injury inflicted upon Plaintiff's Georgia religious operations.

7. Venue is proper in the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events, transmissions, and omissions giving rise to the claim occurred within this judicial district, including the fraudulent inducement of Plaintiff, the origination of the interstate wire transfer, and the resulting catastrophic economic injury and property collapse inflicted upon Plaintiff's Georgia religious operations.

## STATEMENT OF MATERIAL FACTS AND INTERSTATE COMMERCE OVERREACH

8. Prior to October 2024, a third-party entity known as The Life Center Ministries, Inc. executed junior mortgages on real property located at 401 Chestnut Ave, Anniston, AL 36201, including a specific junior lien securing an active second and third mortgage interest issued to Friends Bank of Dothan, Alabama.

9. On October 3, 2024, Defendant Farmers & Merchants Bank executed a non-judicial foreclosure sale against the Calhoun County property, bidding the property in for $181,492.80 and recording a Foreclosure Deed in Deed Book 3340, Page 907.

10. On November 11, 2024, Defendant Bank agreed to sell, and Plaintiff agreed to purchase, the subject property for a contract price of $180,000.00. Defendants designated T. Boice Turner, Jr. and his firm to serve as the exclusive Closing Agent, Settlement Agent, and title search platform for this cross-border transaction.

11. To induce the execution of this contract and capture Plaintiff's liquid acquisition capital, Defendants transmitted closing instructions and title assurances directly to Plaintiff within the State of Georgia.

12. In reliance upon these multi-state communications, Plaintiff initiated an interstate bank wire transfer of $179,539.07 out of its commercial bank accounts located within this judicial district in Georgia, directly routing the funds across state lines into the Defendants' designated Alabama collection accounts.

13. On the official HUD-1 Settlement Statement executed on November 11, 2024, Plaintiff was assessed, and explicitly paid out-of-pocket cash for, a formal, comprehensive Title Search and abstract review under Line 1102 to be executed by Defendant Closing Attorney.

14. Defendants owed a strict professional, contractual, and fiduciary duty to the Plaintiff to thoroughly audit the probate records, identify any and all existing clouds or junior lienholders possessing a statutory right of redemption, and provide full, uncompromised disclosure of the title status prior to extracting Plaintiff's Georgia funds.

15. In direct and flagrant breach of their duties, Defendants completely concealed the existence of Friends Bank's second and third mortgages. Defendants delivered a Statutory Warranty Deed (officially recorded in Deed Book 3342, Page 536 by Calhoun County) deceptively representing to the Georgia corporate buyer that the title was clear, unencumbered, and fit for immediate church occupation.

16. On January 24, 2025, Plaintiff received an unannounced notification from a third-party attorney representing Friends Bank, revealing that Friends Bank possessed an active, unextinguished lien and intended to enforce an immediate statutory right of redemption to seize the church property.

17. Most egregiously, the attorney representing the hidden junior lienholder, Friends Bank, informed Plaintiff that the institution flatly refused to recognize or reimburse Plaintiff for any structural investments, architectural upgrades, or capital developments performed on the church campus outside of the bare property acquisition price.

18. As a direct, foreseeable result of Defendants' fraudulent concealment and Friends Bank's subsequent refusal to recognize Plaintiff's outlays, the real property structure became entirely uninsurable, creating a catastrophic collapse of security and operational coverage.

19. Following the total breakdown of title and the uninsurable status forced by the cloud, the 401 Chestnut Avenue building was subjected to severe, continuous vandalism and structural destruction. Unauthorized third parties breached the property, stole and stripped away all commercial air conditioning units, extracted and looted every foot of electrical copper wiring throughout the infrastructure, and completely destroyed the entire interior of the church building.

20. Contemporaneous written admissions confirm that Defendant Bank and Defendant Closing Attorney failed to perform a competent title search, entirely withheld the junior lien tracking data from the Plaintiff prior to closing, and only initiated contact with Friends Bank

months after taking, retaining, and exposing Plaintiff's interstate wire liquidity to this physical and economic disaster to inform Friends Bank that New Faith Christian Church purchased the property.

**COUNT I: INTERSTATE FRAUD AND DECEIT BY MATERIAL CONCEALMENT**
**(Against All Defendants)**

21. Plaintiff incorporates paragraphs 1 through 20 as if fully restated herein.

22. Defendants possessed actual or constructive knowledge of the junior mortgages prior to the November closing through their own previous foreclosure actions and title searches.

23. Defendants suppressed and concealed this material fact from the Plaintiff to induce the transmission of a cross-border wire transfer of $179,539.07 out of the State of Georgia. Plaintiff would never have executed this transaction or released its capital from its Georgia accounts had full, honest disclosure been given.

24. Defendant Matt Whitaker personally participated in, authorized, and executed the fraudulent out-of-court inducement scheme. Specifically, on November 12, 2024, Defendant Whitaker executed his personal signature on the Statutory Warranty Deed delivered across state lines to the Georgia corporate Plaintiff, falsely certifying that the title was clear and unencumbered despite possessing actual or constructive knowledge of the unextinguished junior mortgages. Defendant Whitaker cannot escape individual personal tort liability behind a corporate mask where he directly authorized and signed off on a deceptive property conveyance that directly resulted in a $179,539.07 out-of-state capital conversion.

**COUNT II: PROFESSIONAL NEGLIGENCE AND LEGAL MALPRACTICE**
**(Against Defendant Closing Attorney)**

25. Plaintiff incorporates paragraphs 1 through 20 as if fully restated herein.

**26. Defendant Closing Attorney maintained an attorney-client relationship and an absolute fiduciary duty of care to perform a diligent, skilled, and professional title search as compensated for on the HUD-1 ledger.**

**27. Defendant completely breached the standard of care governing real estate practitioners by failing to identify and flag a multi-mortgage junior lien recorded on the public dockets, directly causing an uncurable cloud on title, an uninsurable operational state, and the resulting physical destruction and vandalism of the property asset.**

## COUNT III: BREACH OF CONTRACT
## (Against All Defendants)

1. **Plaintiff incorporates paragraphs 1 through 20 as if fully restated herein.**

2. **Plaintiff entered into a binding contractual agreement to purchase real property under the explicit, material representation that it would receive clear, marketable title via a Statutory Warranty Deed, backed by a paid title search.**

3. **Defendants directly breached the core of the contract by failing to perform the title verification and delivering a heavily encumbered property subject to immediate statutory redemption exposure and total interior physical devastation.**

## PRAYER FOR RELIEF

**WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter judgment in its favor and against the Defendants, granting the following relief:**
**(a) Award Plaintiff full compensatory, consequential, and punitive damages in an amount to be determined at trial to cover all property losses, stripped electrical systems, stolen mechanical equipment, and professional malpractice damages;**
**(b) Order Defendants to immediately indemnify the Plaintiff and pay off the outstanding balance of the Friends Bank encumbrance to clear the title; and**

**(c) Award Plaintiff reasonable attorney's fees, federal court costs, and such other relief as this Court deems just, proper, and equitable.**

**Respectfully submitted, this 9th day of November, 2026.**

**By: ______________________________**
**NEW FAITH CHRISTIAN CHURCH, INC.**
**Plaintiff By Authorized Representative**

**STATE OF GEORGIA**

**COUNTY OF HENRY**

**VERIFICATION**

**Personally appeared before the undersigned officer, authorized by law to administer oaths, BISHOP EUSEBIO PHELPS, who, after being duly sworn, deposes and states under penalty of perjury that he is the authorized managing representative for the Plaintiff entity New Faith Christian Church, Inc., and that the facts and allegations set forth in the foregoing Verified Federal Complaint are true and correct to the best of his knowledge, information, and belief.**

______________________________

**BISHOP EUSEBIO PHELPS**
**Sworn to and subscribed before me**
**this 9th day of November, 2026.**

**NOTARY PUBLIC**
**[NOTARY SEAL]**

Courtney Thompson
Date: 11-9-26

COURTNEY THOMPSON
NOTARY
PUBLIC
Exp. April 20, 2029
HENRY COUNTY, GA

# CERTIFICATE OF SERVICE

**I hereby certify that I have this day served a true and correct copy of the foregoing Verified Federal Complaint upon all defendants of record by causing a copy of same to be delivered via Certified U.S. Mail, return receipt requested, to the following designated corporate addresses:**

**The Law Office of T. Boice Turner, Jr., LLC**
**c/o T. Boice Turner, Jr., Registered Agent**
**1100 Woodstock Avenue**
**Anniston, Alabama 36207**

**Farmers & Merchants Bank**
**c/o Matt Whitaker, City President / Executive Officers**
**1429 Quintard Avenue**
**Anniston, Alabama 36207**

**Matt Whitaker, Sued Individually**
**Farmers & Merchants Bank**
**1429 Quintard Avenue**
**Anniston, Alabama 36207**

**This 9th day of November, 2026.**

**By: ______________________________**
**BISHOP EUSEBIO PHELPS**
**Plaintiff Pro Se**
**914 Torrey Pines Ct**
**McDonough, GA 30253**